IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NIKE, INC., | ) | |
| Plaintiff, | ) ) | Civil No. 03-576-KI |
| vs. | ) ) | ORDER |
| WILSON SPORTING GOODS CO., a Delaware Corporation, DEMARINI SPORTS, INC., an Oregon Corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

    Jon Per Stride
    Scott G. Seidman
    Tonkon Torp, LLP
    888 S. W. Fifth Avenue
    1600 Pioneer Tower
    Portland, Oregon  97204-2099

        Attorneys for Plaintiff

    Brenna Kristine Legaard
    Dennis E. Stenzel
    Chernoff Vilhauer McClung & Stenzel, LLP
    601 S. W. Second Avenue, Suite 1600
    Portland, Oregon  97204

        Attorney for Defendants

PAGE 1 - ORDER

KING, Judge:

Based on the stipulation of the parties, the motion to dismiss (#20) is granted. This case is dismissed with prejudice and without costs to any party. The court shall retain jurisdiction over this action to enforce the terms of the Settlement Agreement reached between the parties and to enforce the terms of the Confidentiality and Protective Order signed on May 16, 2003.

IT IS SO ORDERED.

DATED this __18th__ day of July, 2003.

          /s/ Garr M. King
          GARR M. KING
          United States District Court Judge

PAGE 2 - ORDER